United States District Court
Southern District of Texas
**ENTERED**
September 26, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SHEHROZ MUGHAL; AND<br>ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff<br><br>v.<br><br><br>SMITABEN HIREN PATEL; ILESH PATEL;<br>HIREN JASHVANTBHAI PATEL; SWAMI,<br>LLC; MAHANT SWAMI, INC.; BHARTI<br>SWAMI, LLC; PRAMUKHJI ENTERPRISE,<br>INC.; PRAMUKHTIRTH, INC.;<br>PRAMUKHTIRTH PROPERTY, LLC;<br>NILKANTH NARAYAN, LLC;<br>GHANSHAYAM ENTERPRISE, LLC; AND<br>SHREEJI MARAJH ENTERPRISE, LLC<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:17-cv-02355 |

### ORDER TO DISMISS WITH PREJUDICE

On the _____ day of _____ 2018, came on to be heard the Motion to Dismiss with Prejudice filed by Plaintiff, Shehroz Mughal; and the Court, having considered the same, finds that it should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED by this Court that Plaintiff's Motion to Dismiss with Prejudice is granted, and all claims filed in above entitled and numbered cause by Plaintiff against Defendants are dismissed with prejudice, and all costs of Court are hereby assessed against the party incurring same.

SIGNED on the _____ day of  SEP 2 5 2019  2018.

_____

JUDGE PRESIDING

APPROVED:

By: /s/Salar Ali Ahmed
    Salar Ali Ahmed
    Ali S. Ahmed, P.C.
    Texas Bar No. 24000342
    Federal ID No. 32323
    One Arena Place
    7322 Southwest Frwy., Suite 1920
    Houston, Texas 77074
    Tel: (713) 223-1300